# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| CIRILO MARTINEZ-GARCIA, et al., and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MARIA PEREZ and <br> DAHLIA GUERRERO, <br><br> Defendants. | Case No. CV613-015 |

## ORDER

The Mexican migrant worker plaintiffs who brought this Fair Labor Standards Act case against two farm labor recruiters move to compel subpoena responses from one of them. Doc. 21. To that end, they have shown that defendant Dahlia Guerrero has been evasive, obstructive, and intransigent. *Id.* at 1-3. In that the motion is both supported and unopposed by operation of Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."), it is **GRANTED**. The Court **ORDERS** Guerrero to respond within seven days of the date this Order is served, and pay $500 in fees and expenses to the plaintiffs.

**SO ORDERED,** this 25TH day of July, 2013.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA