UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CIRILO MARTINEZ-GARCIA, et al., and all others similarly situated

Plaintiffs,

v.  6:13-cv-15

MARIA PEREZ and DAHLIA GUERRERO,

Defendants.

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") recommending granting Plaintiff's motion for contempt against Dahlia Guerrero. ECF No. 37. Guerrero never objected.

After a de novo review of the record, the Court concurs with the R&R. And for the reasons outlined in the R&R, the Court **GRANTS** Plaintiff's motion and **HOLDS** Guerrero in contempt for failing to respond to the complaint, motion for contempt, motion to compel or the Magistrate's Judge's July 25 and October 11 orders, not to mention Plaintiff's subpoena. *See* ECF Nos. 1; 21; 22; 24; 30.

In addition to the $500 Guerrero must pay per the Magistrate's July 25 order, the Court now imposes a $100 per day sanction to induce Guerrero's compliance with Plaintiff's subpoena. That sanction will accrue beginning from the day this Order is filed. If Guerrero continues to be unresponsive, Plaintiff may, as he has indicated he will, seek a default judgment against her.

This 26 day of November 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA