```
IN THE UNITED STATES DISTRICT COURT FOR THE
       SOUTHERN DISTRICT OF GEORGIA
              STATESBORO DIVISION
```

CIRILO MARTINEZ-GARCIA, et al., *
and all others similarly       *
situated,                      *
                               *
          Plaintiffs,          *
                               *
     v.                        *        CV 613-015
                               *
MARIA PEREZ and DAHLIA GUERRERO, *
                               *
          Defendants.          *

**O R D E R**

This cause comes before the Court on its own initiative. On August 18, 2015, the Court ordered the parties to file a status report detailing which claims and matters remain to be resolved. (Doc. 65.) In response, the parties represent that the lawsuit was filed on behalf of twenty-five Plaintiffs and Opt-In Plaintiffs. (Doc. 66.) Of those twenty five, nineteen were Maria Perez workers and six were Dahlia Guerrero workers. The claims against Defendant Perez by the nineteen plaintiffs were resolved by consent order in November 2013. (Doc. 41.) All claims against Defendant Perez were dismissed with prejudice and judgment was entered against Defendant Perez on June 10, 2014 in the amount of $46,688.69. (Id.; Doc. 58.) Default judgment was entered against Defendant Guerrero in favor of the six remaining Plaintiffs on January 22, 2014 in the amount of $15,825.99. (Doc. 43.) Additional penalties have been assessed against Defendant Guerrero in the time following default judgment. (See docs. 46-47, 55-56.)

As to whether any matters remain, "Plaintiffs believe that the only remaining issue to be addressed may be the Court's enforcement jurisdiction should further judgment enforcement be necessary against either defendant." (Doc. 66 at 2.) However, this Court need not retain jurisdiction over such matters, as the parties have ample civil remedies at their disposal should any issues arise. Because all claims have now been resolved, the Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of August, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA